# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLENN GALVAN,
Appellant,
vs.
NATIONSTAR MORTGAGE,
Respondent.

No. 75685

FILED

MAY 1 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order declaring appellant to be a vexatious litigant. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order appealed from is not substantively appealable. *See* NRAP 3A(b); *Peck v. Crouser*, 129 Nev. 120, 295 P.3d 586 (2013). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order determining a party to be a vexatious litigant. We lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-17994

cc: Hon. Lynne K. Simons, District Judge
Glenn Galvan
Ballard Spahr LLP/Las Vegas
McCarthy & Holthus, LLP/Las Vegas
Akerman LLP/Las Vegas
Washoe District Court Clerk